# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

FILED

Feb 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

KATRINA MARAS,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1029(a)(5) – Fraudulent Use of Unauthorized Access Devices

---

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this __9th__ day of February, 2021.

Clerk

Bail, $ ___No process___

| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

Feb 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATRINA MARAS,<br><br>　　　　Defendant. | CASE NO. 3:21-cr-00054 VC<br><br>VIOLATION:<br>18 U.S.C. § 1029(a)(5) – Fraudulent Use of Unauthorized Access Devices<br>18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

# I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:　　　(18 U.S.C. § 1029(a)(5) – Fraudulent Use of Unauthorized Access Devices)

On or about June 16, 2017 through on or about September 4, 2017, in the Northern District of California, the defendant,

KATRINA MARAS,

knowingly and with intent to defraud effected transactions with access devices, to wit, American Express credit cards ending in the digits 5009 and 6007, issued to another person with the initials K.A., to receive things of value, from on or about June 16, 2017, and ending on or about September 4, 2017, of a value of approximately $12,863.81, said conduct affecting interstate and foreign commerce, in violation of 18 U.S.C. § 1029(a)(5) and (c)(1)(a)(ii).

INDICTMENT

1  FORFEITURE ALLEGATION:        (18 U.S.C. § 982(a)(2)(B) and 1029(c)(1)(C))

2      The allegations contained in Count One of this Indictment are re-alleged and incorporated by
3  reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections
4  982(a)(2)(B) and 1029(c)(1)(C).

5      Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

6                                  KATRINA MARAS,

7  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and
8  1029(c)(1)(C), any property constituting or derived from proceeds the defendant obtained, directly or
9  indirectly, as the result of such violation and any personal property used or intended to be used to
10 commit, or facilitate the commission, of the offense, including but not limited to the following:

11     a.  items ordered from Amazon.com from on or about June 16, 2017 through on or about
12         September 4, 2017 through Katrina Maras' Amazon account using K.A.'s American
13         Express credit cards ending with the digits 5009 and 6007.

14     If any of the property described above, as a result of any act or omission of the defendant:
15     a.  cannot be located upon exercise of due diligence;
16     b.  has been transferred or sold to, or deposited with, a third party;
17     c.  has been placed beyond the jurisdiction of the court;
18     d.  has been substantially diminished in value; or
19     e.  has been commingled with other property which cannot be divided without
20         difficulty,
21 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
22 United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1)
23 and 1029(c)(2).
24 //
25 //
26 //
27 //
28 //

INDICTMENT                                2

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), Title 28 United States Code Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: A TRUE BILL.

    /s/
FOREPERSON

DAVID L. ANDERSON
United States Attorney

/s/ Kevin J. Barry
KEVIN J. BARRY
Assistant United States Attorney

INDICTMENT     3