Law Offices of
DENA MARIE YOUNG (CSB #215344)
2751 4th Street, PMB #136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
KATRINA MARAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KATRINA MARAS,<br><br>    Defendant. | No. 3:21-cr-00054 VC<br><br>**NOTICE OF MOTION AND MOTION TO SUPPRESS STATEMENTS**<br><br>Date: June 22, 2021<br>Time: 3:00 p.m.<br><br>SPEEDY TRIAL EXCLUSION:<br>18 U.S.C. §3161(h)(1)(D) |

TO: STEPHANIE HINDS, Acting United States Attorney, and Kevin Barry, Assistant United States Attorney:

**NOTICE**

PLEASE TAKE NOTICE that on the date and time indicated above, or as soon thereafter as the matter may be heard, defendant KATRINA MARAS, by and through her attorney, Dena Marie Young, will move this Court for an order suppressing the post-arrest statements of KATRINA MARAS.

**MOTION**

The defendant KATRINA MARAS, by and through her attorney, Dena Marie Young, and pursuant to the provisions of Federal Rule of Criminal Procedure 12, the Fourth and Fifth and Sixth Amendments to the United States Constitution, the Confrontation Clause of the Sixth Amendment, and

such other statutory and constitutional rules as may be applicable.

This motion is based upon the instant notice of motion and motion, the accompanying memorandum of points and authorities, the supporting Declaration of Dena Marie Young, and exhibits, and any and all other information that may be brought to the Court's attention before or during the hearing on this motion.

Dated: May 7, 2021      /s/
DENA MARIE YOUNG

Attorney for Defendant
KATRINA MARAS