Law Offices of
DENA MARIE YOUNG (CSB #215344)
2751 4th Street, PMB #136
Santa Rosa, A 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
KATRINA MARAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATRINA MARAS,<br><br>Defendant. | No. 3:21-cr-00054 VC<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS** |

**DECLARATION OF DENA MARIE YOUNG**

I, Dena Marie Young, do hereby declare:

1. I am an attorney licensed to practice law in the Northern District of California and the State of California, and the attorney of record for defendant, KATRINA MARAS

2. EXHIBIT A is a redacted copy of a property receipt from the service of a search warrant executed on November 18, 2017 at the Santa Rosa home Ms. Maras shared with Wilfred Fonteno.

3. EXHIBIT B is a redacted copy of an FBI -302 discussing the arrest of Ms. Maras and the subsequent interviews.

4. EXHIBITs C and D (which will be submitted separately under seal) are true copies of audio recorded interviews conducted at the time of Ms. Maras' arrest.

5. The statement of facts in the Motion to Suppress Statements was developed from my review of these items.

-1-
DECLARATION IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS

1  I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed in Santa Rosa, California on May 7, 2021, by:

        __/s/ Dena Marie Young_____
        DENA MARIE YOUNG

        Attorney for Defendant
        KATRINA MARAS

EXHIBIT A

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File #: SF-5626535

On (date): November 18, 2017

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Wilfred Fonteno, II
(Street Address) ███████
(City) ███████

Description of Item(s): One (1) empty shotgun shell box; One (1) SIM card; One (1) Samsung cell phone; Four (4) Apple iPhones; Two (2) whips; Three (3) thumb drives; Two (2) Lenovo laptops; Eight (8) rifle rounds; One (1) Glock .40 caliber magazine; One (1) Samsung Galaxy Note II; One (1) SD card; One (1) Ball Peen Hammer; One (1) Apple iPad; Two (2) motorcycle vests; Six (6) bottles, suspected steroids; One (1) magic Bullet bag containing suspected steroids; various indicia.

Nothing follows

Received By: _____ (Signature)
Received From: _____ (Signature)

EXHIBIT B

FD-302 (Rev. 5-8-10)


OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry: 11/12/2020

   Pursuant to an arrest warrant issued in the Northern District of California, by US Magistrate Judge Jacqueline S. Corley, FBI Special Agents and Task Force Officers located and arrested KATRINA MARAS, date of birth ███, in Perris, California, on Wednesday, July 29, 2020.

   At approximately 8:00 a.m. on July 29, 2020, MARAS was observed departing her residence at ███, Menifee, California, driving a grey Audi sedan, CA license plate ███. A traffic stop was conducted by California Highway Patrol Officer Robert Stage (#17975) on the I-215 (N) south of the Ramona Expressway exit in Perris, California, at approximately 8:18 a.m. Officer Stage arrested MARAS.

   MARAS's infant son was secured in a car seat in the rear of MARAS's vehicle during the incident. At MARAS's request, her infant son was driven in MARAS's vehicle by FBI Special Agent (SA) Greg Hafer to the location of 1688 N. Perris Blvd., Perris, California, where the infant was released to the custody of his father, WILFRED FONTENO.

   FONTENO was advised of MARAS's arrest by Task Force Officer (TFO) William Harm and accepted custody of the infant and MARAS's vehicle.

   Pursuant to arrest, MARAS was searched for safety by FBI Supervisory Special Agent (SSA) Ann Trombetta. MARAS was then transported via an FBI vehicle by TFO Travis Menke, TFO Harm, and SSA Trombetta from the arrest scene, to the Perris Blvd. locaton for custody release of her child and vehicle, and then to the US Courthouse located at 3470 12th Street, Riverside, California. MARAS arrived to the courthouse at approximately 9:55 a.m.

   MARAS was escorted by TFO Menke, TFO Harm, and SSA Trombetta to an interview room on the second floor of the courthouse where they were met by

| | | |
|---|---|---|
| Investigation on | 07/29/2020 at | Menifee, California, United States (In Person) |
| File # | 281P-SF-5626535-MARAS | Date drafted 08/10/2020 |
| by | BOSWELL NOEL, HARM WILLIAM ALBERT JR, MENKE TRAVIS JUSTIN, Ann A. Trombetta, HAFER GREGORY ANDRES | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

281P-SF-5626535-MARAS

Continuation of FD-302 of (U) Arrest of Katrina Maras , On 07/29/2020 , Page 2 of 2

Assistant United States Attorney, Kevin Barry.

EXHIBIT C
(Recording)

# EXHIBIT D
# (Recording)