1  Law Offices of
   DENA MARIE YOUNG (CSB #215344)
2  2751 4th Street, PMB #136
   Santa Rosa, CA 95405
3  Telephone: (707) 528-9479
   Facsimile: (707) 692-5314
4  Email: dmyounglaw@gmail.com

5  Attorney for Defendant
   KATRINA MARAS

6
                        UNITED STATES DISTRICT COURT
7
                       NORTHERN DISTRICT OF CALIFORNIA
8
                            SAN FRANCISCO DIVISION
9

10 UNITED STATES OF AMERICA,           No. 3:21-cr-00054 VC

11          Plaintiff,                 **DECLARATION OF COUNSEL IN SUPPORT
                                       OF MOTION TO SUPPRESS STATEMENTS**
12    v.

13 KATRINA MARAS,

            Defendant.
14

15

16

17                    **DECLARATION OF DENA MARIE YOUNG**

18     I, Dena Marie Young, do hereby declare:

19     1. I am an attorney licensed to practice law in the Northern District of California and the State of

20 California, and the attorney of record for defendant, KATRINA MARAS

21     2. EXHIBITS E, F, G and H are screen captures from cell phone videos taken by Wilfred Fonteno

22 as he arrived at the IHOP Restaurant where his and Ms. Maras' son was driven.

23     3. Based on my review of the videos, these exhibits show only a portion of the number of officers

24 both armed and undercover involved in the arrest of Ms. Maras for credit card fraud.

25     I declare under penalty of perjury that the foregoing is true and correct, except as to those matters

26 stated upon information and belief, and as to those matters, I believe them to be true.

27

28

-1-
DECLARATION IN SUPPORT OF REPLY MOTION TO SUPPRESS STATEMENTS

1  Executed in Santa Rosa, California on June 8, 2021, by:

2

3                                                 __/s/ Dena Marie Young_____
                                               DENA MARIE YOUNG

4

5                                                 Attorney for Defendant
                                               KATRINA MARAS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT E



# EXHIBIT F



EXHIBIT G



EXHIBIT H

