UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KATRINA MARAS,<br><br>        Defendant. | Case No. 21-cr-00054-VC-1<br><br>**ORDER DENYING MOTION TO SUPPRESS**<br><br>Re: Dkt. No. 25 |

The motion to suppress is denied. Maras has done nothing in her motion to create even an inference that that any of her statements during the interrogation at the courthouse were coerced or not properly mirandized. Nor has she done anything to create an inference that the officers did anything improper before Maras arrived at the courthouse. Tomorrow's hearing is converted to a status conference, which the parties may stipulate to continue if they believe there is nothing to discuss at this time.

**IT IS SO ORDERED.**

Dated: June 21, 2021

_____

VINCE CHHABRIA
United States District Judge